UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID RENE LATSCHA,

    Plaintiff,

v.                                        Case No. 8:23-cv-2222-TPB-NHA

SAFERENT SOLUTIONS, LLC

    Defendant.
_____/

## ORDER OF RECUSAL

This matter comes before the Court *sua sponte*. A judge shall disqualify herself in any proceeding in which her impartiality might reasonably be questioned. 28 U.S.C. § 455(a). When proper grounds exist, a judge has an affirmative and self-enforcing obligation to recuse herself *sua sponte*. *United States v. Kelly*, 888 F.2d 732, 744 (11th Cir. 1989).

Defendant SafeRent Solutions, LLC is represented by Foley & Lardner LLP. I was a partner at Foley & Lardner LLP from October 2022 to October 2023. While I cannot tell if section 455(b) requires my recusal, given the recency of my association with the law firm, I find that section 455(a) does require it.

Accordingly, the Clerk of Court is directed to reassign this case, by random draw, to another United States Magistrate Judge.

**DONE and ORDERED** at Tampa, Florida, this 24 day of January, 2024.

NATALIE HIRT ADAMS
United States Magistrate Judge